IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **DENISE SNYDER** | * |
|     **Plaintiff** | * |
| | * |
| v. | *   Civil Action Number: JKB-14-1648 |
| | * |
| **AMERICA WORKS OF MARYLAND, INC.** | * |
|     **Defendant** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO CANCEL MEDIATION

Plaintiff and Defendant, by their attorneys, respectfully submit this Joint Motion to Cancel Mediation and, in support, state:

1. This case is set for mediation on Monday, February 23, 2015.

2. The parties have recently engaged in substantive settlement communications in this case.

3. On December 3, 2014, Plaintiff and Defendant met in an informal meeting for several hours to discuss the parameters of the relevant facts and issues.

4. To date, after numerous exchanges of letters and phone calls, the parties remain at an impasse.

5. Thus, the parties agree that mediation of this matter would not be productive and cost the parties unnecessary time and expense while also wasting judicial resources.

6. This Motion furthers the interest of conserving litigants' fees and costs, and no party will be prejudiced by the requested cancelation.

7. The parties stand ready to answer any questions the Court may have concerning this matter.

WHEREFORE, Plaintiff and Defendant respectfully request that this Joint Motion be granted.

                                              Respectfully Submitted,

                                              RIFKIN, WEINER, LIVINGSTON,
                                              LEVITAN & SILVER, LLC

                                              _____/s/_____
                                              Joyce E. Smithey, Esq.
                                              Federal Bar No. 27531
                                              225 Duke of Gloucester Street
                                              Annapolis, Maryland 21401
                                              (410) 269-5066 (phone)
                                              (410) 269-1235 (fax)
                                              jsmithey@rwlls.com

*Attorney for Defendant, America Works of Maryland, Inc.*

LEBAU & NEUWORTH, LLC

_____/s/_____
Stephen B. Lebau, Esq. (Bar No. 07258)
Gregg H. Mosson (Bar No. 30178)
Lebau & Neuworth, LLC
606 Baltimore Avenue, Suite 201
Baltimore, Maryland  21204
(410) 296-3030 (phone)
(410) 296-8660 (fax)
sl@joblaws.net

(Executed by Joyce Smithey with Permission of Stephen B. Lebau)

*Attorney for Plaintiff, Denise Snyder*

Date:  January 23, 2015

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on January 23, 2015, true copies of the foregoing motion and proposed order were served via email and first class mail, postage pre-paid, on:

Stephen B. Lebau, Esq. (Bar No. 07258)
Gregg H. Mosson (Bar No. 30178)
Lebau & Neuworth, LLC
606 Baltimore Avenue, Suite 201
Baltimore, Maryland  21204

*Attorney for Plaintiff, Denise Snyder*

            _____/s/_____
            Joyce E. Smithey